United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAN MATIAS RAUDA,<br><br>Petitioner,<br><br>v.<br><br>ACTING DIRECTOR DAVID JENNINGS, et al.,<br><br>Respondents. | Case No. 21-CV-03897<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

Federal Rule of Civil Procedure 65(b) provides that a court may issue a temporary restraining order without notice to the adverse party in limited circumstances where "*specific facts in an affidavit or a verified complaint* clearly show that immediate and irreparable injury, loss, or damage will result to the movant result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A) (emphasis added).

After 9:30 p.m. on the evening of May 24, 2021, Petitioner filed a petition for a writ of habeas corpus ("petition"), ECF No. 1, and an emergency motion for temporary restraining order ("TRO motion"), ECF No. 2. Petitioner's TRO motion does not include specific facts in an affidavit or a verified complaint that show why irreparable harm will result to Petitioner if the Court does not issue a temporary restraining order before Respondents can be heard in opposition.

1

Case No. 21-CV-03897
ORDER DENYING WITHOUT PREJUDICE PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

*See* ECF No. 2. Thus, Petitioner's TRO motion does not comply with Federal Rule of Civil Procedure 65(b).

In addition, the petition fails to establish this Court's jurisdiction and this Court's authority to stay Petitioner's removal from the United States — the relief requested by the TRO motion. The petition itself acknowledges that there are "statutory provisions that . . . deprive the Courts of jurisdiction over execution of removal orders," ECF No. 1 ¶ 9, yet fails to persuasively explain why the Court nonetheless has jurisdiction. The Court would like to hear further on this jurisdictional issue from both Petitioner and Respondents.

Furthermore, the petition and TRO motion fail to identify when Petitioner will be removed from the United States. Rather, at 10:48 p.m. on the evening of May 24, 2021, Petitioner sent an improper ex parte email to the Court making additional arguments to the Court that are nowhere in any of Petitioner's filings.[1] Finally, Petitioner apparently has not properly served Respondents.

For the reasons stated above, the Court DENIES WITHOUT PREJUDICE Petitioner's TRO motion.

**IT IS SO ORDERED.**

Dated: May 25, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] This case, which was filed in San Francisco, has not yet been assigned. The Court Clerk forwarded Petitioner's ex parte email to the undersigned as a General Duty Judge matter at 10:57 p.m. This order is being filed around 1 a.m. on May 25, 2021.

2
Case No. 21-CV-03897
ORDER DENYING WITHOUT PREJUDICE PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER