1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

WILLIAN MATIAS RAUDA,

        Plaintiff,

    v.

DAVID JENNINGS, et al.,

        Defendants.

Case No.  21-cv-03897-BLF

**EMERGENCY TEMPORARY RESTRAINING ORDER**

The Court hereby ORDERS that Respondents and DHS, their agents, employees, and successors in office are temporarily enjoined from removing Mr. Willian Rauda from the United States until this Court rules on a fully briefed motion for TRO. *See* Emergency TRO, *Yaide v. Wolf et al.*, No. 3:19-cv-07874-CRB (N.D. Cal. Dec. 2, 2019).

Respondents shall file their response to Mr. Rauda's motion by 12:00 p.m. noon, May 27, 2021. The TRO hearing will be held on Zoom at 4:00 p.m. Thursday, May 27, 2021. Sara Winslow, Chief of the Civil Division of the U.S. Attorney's Office in the Northern District of California, is ORDERED to take all steps necessary to immediately contact ICE and inform ICE of this Order.

Mr. Rauda shall serve this order on the U.S.'s Attorney's Office in the Northern District of California. The Court ORDERS the Parties to appear via zoom for an 11:00 a.m. case management conference today, May 26, 2021. The Zoom link will be posted on the docket.

**IT IS SO ORDERED.**

Dated: May 26, 2021

_____

BETH LABSON FREEMAN
United States District Judge