# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAN MATIAS RAUDA,<br>    Plaintiff,<br>   v.<br>DAVID JENNINGS, et al.,<br>    Defendants. | Case No. 21-cv-03897-BLF<br><br>**ORDER OF RECUSAL** |

On May 26, 2021, this Court was assigned the above-captioned case. *See* Order, ECF 12. Under 28 U.S.C. § 445(a), "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 445(a). At an 11:00 a.m. case management conference, the Court disclosed a potential conflict of interest, or the appearance of such a conflict, to the Parties based on Mr. Rauda's representation in a separate civil matter pending before this District. The Court asked the Parties to respond to a potential waiver of any conflict, and the Government alerted the Court that they do not waive any potential conflict. *See* Notice, ECF 15.

Upon careful consideration of the matter, recognizing my duty to "hear and decide matters assigned, unless disqualified…", Code of Conduct for United States Judges, Canon 3A(2), I have determined that I must recuse myself from this case under 28 U.S.C. § 455(a) and Canon 3C because my impartiality might reasonably be questioned due to my spouse's concurrent representation of Mr. Rauda in an active case in this district. Accordingly, I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan. The Court notes that Respondents agree to abide by the previously issued temporary restraining order, *see* Order,

ECF 13, until 5:00 p.m. pacific time on May 27, 2021, to permit a newly assigned judge to determine whether to keep the TRO in place.

**IT IS SO ORDERED.**

Dated: May 26, 2021

_____
BETH LABSON FREEMAN
United States District Judge