IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAN MATIAS RAUDA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID JENNINGS, et al.,<br><br>  Defendants. | Case No. 21-cv-03897-CRB<br><br>**ORDER EXTENDING EMERGENCY TEMPORARY RESTRAINING ORDER** |

Petitioner Willian Matias Rauda has moved for a temporary restraining order to prevent the government from deporting him while his motion to reopen removal proceedings remains pending. See Second Mot. for TRO (dkt. 10). On May 26, 2021, Judge Freeman entered an emergency temporary restraining order until the Court was able to rule on a fully briefed motion. See Emergency TRO (dkt. 13). Judge Freeman instructed the government to file a response by noon on May 27, 2021 and set a hearing for 4:00 PM on May 27, 2021. Id.

Later on May 26, 2021, Judge Freeman recused herself from the case. See Order of Recusal (dkt. 18). That afternoon, the case was reassigned to the undersigned judge. See Order Reassigning Case (dkt. 19). The order reassigning the case vacated the scheduled hearing but kept the briefing schedule in place. See id. The clerk's office indicated that the government had agreed not to deport Rauda before 5:00 PM on May 27, 2021.

That timetable would give the undersigned only one day to rule on Rauda's motion. So on the evening of May 26, 2021, the undersigned contacted government counsel and requested that the government agree to delay any deportation so that the undersigned could fully consider the important issues raised by Rauda's motion and the government's opposition. Government counsel indicated that Immigrations & Customs Enforcement (ICE) would not agree to any further delay.

Given the late reassignment of this case and the government's refusal to give the Court adequate time to rule on the issues, the Court renews and extends the Emergency Temporary Restraining Order set by Judge Freeman. The Court will not issue an order within an unreasonably short timeframe, but it will also not permit the government to deport Rauda during that same timeframe. Thus, Respondents and DHS, their agents, employees, and successors in office are temporarily enjoined from removing Rauda from the United States until the Court is able to rule on a fully briefed and argued motion for TRO. The Court will hear argument regarding the motion in a virtual hearing on Wednesday, June 2, at 12:30 PM. The Court also orders the government to ensure that an ICE representative is present at the virtual hearing.

The Court orders the government to serve this order on ICE and take any other necessary steps to ensure that Rauda is not removed before the Court can rule on his motion.

**IT IS SO ORDERED.**

Dated: May 27, 2021



CHARLES R. BREYER
United States District Judge