Manohar Raju, Public Defender
Matt Gonzalez, Chief Attorney
FRANCISCO UGARTE (SBN #241710)
San Francisco Public Defender's Office
555 7th Street
San Francisco, California 94103
Telephone:  (415) 553-9319
Cell: (415) 571-3470
Facsimile:  (415) 553-9810
Electronic: francisco.ugarte@sfgov.org

SEAN LAI MCMAHON (SBN #329684)
JEHAN LANER (SBN #309742)
Pangea Legal Services
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 471-0754
Facsimile:  (415) 593-5335
Electronic: sean@pangealegal.org
Electronic: jehan@pangealegal.org

*Pro Bono* Attorneys for Petitioner

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willian MATIAS RAUDA,<br><br>  Petitioner,<br><br>  v.<br><br>David JENNINGS, in his Official Capacity, Field Office Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement; Tae D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; Alejandro MAYORKAS, Acting Secretary of Department of Homeland Security; Merrick B. GARLAND, Attorney General, Department of Justice.<br><br>  Respondents. | Case No. 5:21-cv-03897-CRB<br><br>**PETITIONER'S ADMINISTATIVE MOTION TO FILE REPLY** |

**ADMINISTRATIVE MOTION TO FILE REPLY**

Pursuant to Civil L.R. 7-11, Petitioner moves that he be permitted to file a reply to the Government's opposition to Petitioner's Emergency Motion for Temporary Restraining Order. In its May 27, 2021 opposition, the government raised jurisdictional challenges, and presented additional evidence. As the stakes in this case are high, Petitioner respectfully requests the opportunity to submit a reply to assist the Court in its consideration of the case. Petitioner's administrative motion is based on the attached declaration of counsel. Petitioner attaches a copy of the reply brief should this Court grant the instant motion.

Dated: May 28, 2021                                     Respectfully submitted,

                                                         s/ Francisco Ugarte
                                                         Francisco Ugarte
                                                         *Pro bono* Attorney for Petitioner

Date: June 1, 2021



Petitioner's Administrative Motion to File Reply                    Case No. 5:21-cv-03897-CRB

1