IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAN MATIAS RAUDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03897-CRB<br><br>**ORDER DISMISSING PETITION** |

On June 14, 2021, the Court ruled that it lacked jurisdiction over this case and denied Petitioner Willian Matias Rauda's motion for a temporary restraining order. See Dkt. 32. On August 13, 2021, the Ninth Circuit affirmed and instructed this Court to dismiss the petition. See Dkt. 40 at 20. The Court hereby dismisses the petition.

**IT IS SO ORDERED.**

Dated: August 13, 2021

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge